Brett C. KIMBERLIN and Darrell Rice, Appellants,

v.

UNITED STATES DEPARTMENT OF JUSTICE and Bureau of Prisons, Appellees.

No. 01-5387.

United States Court of Appeals, District of Columbia Circuit.

Filed Oct. 28, 2003.

Before: SENTELLE, HENDERSON, and TATEL,* Circuit Judges.

**O R D E R**

PER CURIAM

Upon consideration of the appellants' petition for panel rehearing, filed on March 28, 2003, and the appellees' response thereto, it is

ORDERED that the petition be denied. Our panel disposition of this case remains unchanged after the United States Supreme Court's opinion in *Overton v. Bazzetta*, 539 U.S. 126, 123 S.Ct. 2162, 156 L.Ed.2d 162 (2003). To the extent that *Overton* may affect our determination that we "need not invoke the four factor analysis the United States Supreme Court established in *Turner v. Safley*, 482 U.S. 78, 89, 107 S.Ct. 2254, 2261–62, 96 L.Ed.2d 64 (1987)," *Kimberlin v. United States Dep't of Justice*, 318 F.3d 228, 232 (D.C.Cir. 2003), our alternative disposition, that the prison regulations banning electric and

---

* Judge Tatel would grant the petition for panel rehearing.

electronic musical instruments satisfy *Safley*'s test, remains intact, *see id.* at 233–34.